# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| PEDRO GONZALEZ TORRES,<br>     Plaintiff,<br><br>     v.<br><br>UCONN HEALTH, et al.,<br>     Defendants. | No. 3:17-cv-00325 (SRU) |

## CONFERENCE MEMORANDUM AND ORDER

On March 19, 2020, I held a telephone conference off the record with Scott T. Garosshen, attorney for the plaintiff, Pedro Gonzalez Torres; and Carmel A. Motherway, attorney for the remaining defendants. The purpose of the call was to discuss the plaintiff's request for pro bono funding for an expert.

During the conference, I encouraged plaintiff's counsel to meet with Judicial Officer Hawkins in an effort to resolve the case before taking up his request to incur expenses. I also directed plaintiff's counsel to file an initial motion to incur expenses up to $2,000. Finally, I encouraged both parties to attempt to resolve the case before incurring additional expenses.

So ordered.

Dated at Bridgeport, Connecticut, this 30th day of March 2020.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge